■
**Jason Glenn BARBER, Appellant,**

v.

**The STATE of Texas, Appellee.**
**No. 06–98–00057–CR.**

Court of Appeals of Texas, Texarkana.

Submitted July 25, 2000.

Decided July 25, 2000.

Melvyn Carson Bruder, Dallas, for appellant.

Tim Cone, Upshur County Dist. Atty., Gilmer, for appellee.

Before CORNELIUS, C.J., GRANT and ROSS, JJ.

OPINION

Opinion by Justice GRANT.

Jason Barber has filed a motion, joined by the State, in which he asks this Court to dismiss his appeal pursuant to Tex. R.App. P. 42.2(b). The reason for their request is the discovery that Barber did not commit the crime for which he was convicted and the dismissal of the underlying indictment by the trial court. He asks us to dismiss the appeal and to withdraw our opinion to facilitate any attempt to expunge the proceedings from his permanent records. The motion is granted.

Our previous opinion dated February 3, 2000 is withdrawn. The judgment of the trial court is reversed, and the cause is remanded to the trial court to enter judgment in accord with the State's motion to dismiss.